# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOHN J. PETROCI, III, INDIVIDUALLY AND AS A SHAREHOLDER OF DUMOND CHEMICALS, INC.,

        Respondent

        v.

NORMAN CHANES, DUMOND CHEMICALS, INC., DUMOND, LLC AND SUNRISE INVESTMENT CAPITAL, LLC,

        Petitioners

:   No. 608 MAL 2023
:
:
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court

DUMOND CHEMICALS, INC. AND NORMAN CHANES,

        Petitioners

        v.

JOHN J. PETROCI, III,

        Respondent

:   No. 609 MAL 2023
:
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.